AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

9/4 ,20 24

By  N. Langello
Deputy Clerk

United States of America
v.
ARNALDO ECHEVARRIA

Case No. 3:24-mj-783 RMS

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 2023 to August 2024  in the county of  New Haven  in the
District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) | Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Task Force Officer Andrew Pfeiffer, which is expressly incorporated herein.

☑ Continued on the attached sheet.

ANDREW PFEIFFER (Affiliate)
Digitally signed by ANDREW PFEIFFER (Affiliate)
Date: 2024.09.04 11:18:23 -04'00'

*Complainant's signature*

Andrew Pfeiffer, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  09/04/2024

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2024.09.04 13:30:10 -04'00'

*Judge's signature*

City and state:  New Haven, Connecticut

Hon. Robert M. Spector U.S.M.J.
*Printed name and title*